**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FLOYD L. FREEMAN
ADC #107506                                                                                                    PLAINTIFF

V.                                      NO: 5:08CV00123 WRW

TONEY *et al.*                                                                                                 DEFENDANTS

## **JUDGMENT**

    Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

    DATED this 27th day of May, 2008.

                                                   /s/ Wm. R. Wilson, Jr._____
                                                   UNITED STATES DISTRICT JUDGE